# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 97-20680
Summary Calendar

---

KENNETH IVORY GANTHER,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-93-CV-3523

---

June 11, 1998

Before JONES, SMITH and STEWART, Circuit Judges

PER CURIAM:[*]

Kenneth Ivory Ganther (#610862) appeals the denial of his petition for habeas corpus, filed

pursuant to 28 U.S.C. § 2254. Ganther's argument that his appeal was affected by the district court's

failure to enter judgment on a separate document is unavailing because he filed a timely notice of

appeal. See Fed. R. Civ. P. 59(e); Harcon Barge Co. v. D & G Boat Rentals, Inc., 784 F.2d 665,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

667-69 (5th Cir. 1986) (en banc); Fed. R. App. P. 4(a).  Additionally, his constitutional rights to an impartial jury were not impaired by the trial court's limit on his voir dire examination of the prospective jury.  See Ristaino v. Ross, 424 U.S. 589, 594-95 (1976); King v. Lynaugh, 850 F.2d 1055, 1058 (5th Cir. 1988).

The judgment of the district court is AFFIRMED.